FILED BY _SMS_ D.C.

SEP 14 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: _____

BORIS M. FAYER
(Write the full name of the plaintiff)

vs. Edward Poliak, Mike Poliak, Boris Poliak.
1620 SW 18 Street
Davie Florida 33324

(Write the full name of the defendant/s in this case)

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. **Party Information**

A. Plaintiff: BORIS M. FAYER

Address: 273 Jacaranda Dr. Plantation FL. 33324

Inmate/Prison No.: 542-100-116

Year of Birth: 1957 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Edward Poliak    Defendant: Boris Poliak "Prestige"

Official Position: Never Work    Official Position: Owner of Taylor Shop.

Place of Employment: Not Workin    Place of Employment: Davie Workin - Alteration

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

2

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

October 2018, BORIS POLIAK, my "FRIEND" Rent me his Place to Live After JAIL, I bin on Probation. He move from my GirlFriend my Personal Staf, TV - Sharp - 60" (2018 with 5 year warrnty) P.C. towr Thoshiba Monitor - 22". Wi-Fi. Two Bicicl's (mounts) Control substants medication for 3 month suply - "Percoset-10/325" "AddaRRoL-30" Clonacepn 2mg #270, Testosteron - 3 mont supl. #2,500 in cash - In my Bleack Brifca-se with Lock. I Priparate for Lawyer fee. #500.00, and credit cards in my walet. Clouhing 10 Black Big Bags. Edward P. Out with any Riason Contact my wife (I not suposet contact her - Probation, "victim" This Two Individual - Brother Edwar & Mike, Open my Brifcase,

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I need honoreble Court, Make investigation of family Mr. Boris Poliak. Edward and Mike Poliak I need To Return all my bilonging, and my money whot I prepare to Retaine Amir Hoogo Lawyers, my, - his wife - Civil Lawyer. For futher Action. Against my wife. My watch, my Valuble stuff, $3,000. (in cash) I have Retainer. My arrest was Not my over turndd. I not expected Be arrest. Evidence I can Provide; Copy of my proskribe medicati-on. I need Beacu my Lawyer's Cost - $7,000. Mr. Patric Cury, and Randal A. Haas Esq.'s.

3. II. Statement of Claim.

Break the Locks, and still from inside all my bilonging #1. Control substance Medications. I Just Recived in Pharmacy "Bennat" in Plantation 82 Ave. This two Brother long time user Drugs, still, not working all thear life, Have felony Conviction, many time, Edward Deserater from U.S. Army. Kiping in his room Gun and Amunition, I see at nigth he walk with the Gun. All nigth left house. I gave to his father Power of Attorney if somthing happan with me, Payd of my Cimetery plays in Belly Road. I have paid off Plats. After contact with my wife - I never give them any direction or Promission go to my House, His Famaly plans make me Arrested. And all my bilonging still!!! I have valuble watli in Grey Box and Memorial gifts from my Brother and son. ≈$3,000. Collation of coins - and Russian Anyversary money silvers Rublis. Italy desainers shooes, Boots ledder. Parfums 4 botle (fifts from my girl friends)

After my arrest - At nigth of October 30, 2019 This family stop contacting with me, and I was in Jail for 14 month for this fols Arrest. Info. My Lawyer Mr. Patric J. Curry - bitt dis Arrest. But I was spend in Jail for VOP. And this two individuals Edwar and Mike. "Clean" all my bilonging and medications for use and sell on the streets - Its big Quantety's of Ligal Drugs. When ther father brouth to my father (Boris Poli, its very smol bagagis from "Poblex" whot is left after stilling from me Everithing. Now i miss Apraximatly 70% of Everiting. All my lockin brift cases and box (grey) broking loks. Ampty return to my father. And I left Jail after - COVID-19 Ibea sick. Boris poliak try use my Power of Attorney in Simettery - But I from Jail stop this "Power" in November 2019. This family have problem with I.R.S. - For Taxis pay. Salon "Prestige" in

in 84Rd, Davie.

I was victim from this ~~two~~ individuals, Edward and Mike. And I beleve his father Boris Poliak invalve in this crime to.

Reson?

Boris Poliak sister safer with cancer 4 stady and need to final plays - berial. Star of David. "Kids" Edward and Mike - Two drugefies and tiffs, - never work, and have criminal chistory. I safer from them with my arrests. Reason - Kiping me from thear house and stilling all medical drugs and my money!!! All my money in cash was still, plus I spend $7,000, for my lawyer, thear fees.

09-01-21   B. Fyre = Boris M. Fayer =

**IV. Jury Demand**

Are you demanding a jury trial?    ✓ Yes    ___ No

Signed this FIRST day of September, 2021

_____B. Fyref_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: September 1, 2021

_____B. Fyref_____
Signature of Plaintiff

Boris M. Fayer #542-100-116
Paul Rein Facility WOM
C-7-1-9-2
P.O. Box 407003
Ft. Lauderdale FL. 33340



United States District Court
Southern District of Florida
Office of the Clerk - Room 8N09
400 North Miami Avenue
Miami, Florida 33128-7716



This letter originates from Broward County Jail Facility. Inmate mail is uncensored and the Sheriff cannot assume responsibility for its contents.